**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH MCQUEEN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>*v.*<br><br>**PRIMARY ARMS, LLC,**<br><br>Defendant | **CIVIL ACTION**<br><br>**NO. 24-725-KSM** |

**<u>ORDER</u>**

**AND NOW**, this 23rd day of May 2024, upon consideration of Defendant Primary Arms, LLC's Motion to Dismiss (Doc. No. 12) and Plaintiff Kenneth McQueen's Amended Complaint (Doc. No. 15), it is **ORDERED** that the Motion to Dismiss (Doc. No. 12) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.