**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH MCQUEEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY ARMS, LLC,<br><br>Defendant. | Case No. 2:24-cv-00725-KSM<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Kenneth McQueen ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding Defendant Primary Arms, LLC's pending motion to stay. *See* ECF Nos. 8, 14, 16. Plaintiff brings to the Court's attention a recent Order entered on June 3, 2024, by Judge William S. Stickman IV in *Petris v. Sportsman's Warehouse, Inc., et al.*, Case No. 2:23-cv-01867-WSS (W.D. Pa. Jun. 3, 2024), attached hereto as **Exhibit 1**. *Petris* is a decision denying a defendant's motion to dismiss the plaintiff's claims brought under Pennsylvania's Uniform Firearms Act, 18 Pa. Stat. and Cons. Stat. Ann. § 6111(i) and Pennsylvania's Wiretapping and Electronic Surveillance Control Act ("WESCA"), 18 Pa. Stat. and Cons. Stat. Ann. § 5701, related to unauthorized disclosures of gun purchasing information of Pennsylvania consumers to Facebook and Listrak.

Dated: June 4, 2024

Respectfully submitted,

By: *Steven A. Schwartz*
Steven A. Schwartz

**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
Steven A. Schwartz (PA I.D. No. 50579)
Alex M. Kashurba (PA Bar No. 319003)
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
E-Mail: sas@chimicles.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Philip L. Fraietta*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: jarisohn@bursor.com
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stephen A. Beck*
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: sbeck@bursor.com

**Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.

*/s/ Steven A. Schwartz*
Steven A. Schwartz