IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH MCQUEEN**, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  *v.*<br><br>**PRIMARY ARMS, LLC**,<br><br>  Defendant. | CIVIL ACTION<br><br>NO. 24-725-KSM |

## O R D E R

**AND NOW**, this 6th day of June 2024, upon consideration of Primary Arms' Motion to Stay Pending Third Circuit Appeal (Doc. No. 8), Kenneth McQueen's Opposition to Defendant's Motion to Stay (Doc. No. 14), Primary Arms' Reply in Support of Motion to Stay Pending Third Circuit Appeal (Doc. No. 16), and Mr. McQueen's Notice of Supplemental Authority (Doc. No. 21), for the reasons stated in the accompanying memorandum and for good cause shown, it is hereby **ORDERED** as follows:

1. Primary Arms' Motion to Stay Pending Third Circuit Appeal (Doc. No. 8) is **GRANTED**.

2. All proceedings in the above-captioned matter are **STAYED** pending a final decision of the Third Circuit Court of Appeals in *In re: BPS Direct LLC* (3d Cir. Case No. 23-3235).

3. The parties **SHALL**, within five (5) days of the filing of a final decision by the Third Circuit Court of Appeals in *In re: BPS Direct LLC, et al.*, submit a joint status update alerting the Court to the appellate court's final decision.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**