UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH MCQUEEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRIMARY ARMS, LLC,<br><br>    Defendant. | Case No. 2:24-cv-00725 |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Kenneth McQueen hereby dismisses, without prejudice, his claims against Defendant Primary Arms, LLC.

Dated: February 11, 2025                Respectfully submitted,


By:  *Steven A. Schwartz*
         Steven A. Schwartz (PA I.D. No. 50579)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
E-Mail: sas@chimicles.com

*Attorney for Plaintiff*